UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>)<br>Livas - Zarate )<br>Defendant(s) )<br>) | CRIMINAL NO. 08 CR 411-IEG<br>ORDER 08 MJ 298<br>RELEASING MATERIAL WITNESS<br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted / Case Disposed~~ / Order of Court).

Gladis Marilu Moterroso - Telon

DATED: 2/19/08

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED    OR
DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by
Deputy Clerk