10



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTHA LIVAS-ZARATE,<br><br>　　　　　Defendant. | Criminal Case No. 08CR411-IEG<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

　　The United States Attorney charges:

　　On or about February 2, 2008, within the Southern District of California, defendant MARTHA LIVAS-ZARATE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Mayra Alejandra Delgado-Romero, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

　　DATED: 2/15/08.

　　　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　CARLA J. BRESSLER
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

CJB:es:San Diego
2/5/08